part of the prospective profits under the entire contract.    Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

George C. Hendrickson, Respondent, v. Jacob Gulde, Appellant.—Judgment and order of the County Court of Suffolk county unanimously affirmed, with costs.   No opinion.   Present—Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

James S. Herrman, Respondent, v. Jeannette C. Jeffe and Others, Defendants, Impleaded with Alfred J. Moisant, Appellant.—Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Carr, Mills and Rich, JJ., concurred; Stapleton, J., dissented.

Charles G. Hottenroth, Respondent, v. The City of New York and Brooklyn Cooperage Company, Defendants, Impleaded with East River Terminal Railroad, Appellant.—Judgment and order unanimously affirmed, with costs.   No opinion.   Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

John Huber, Jr., Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.—Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence tended to establish (1) that Noseworthy was defendant's superintendent, whose principal duty was that of superintendence; (2) that he was negligent in a matter of superintendence in directing the use of the process of ramming down the partly cut posts instead of using a long rope to pull them down; (3) that such negligent act was a proximate cause of the accident; and further (4) that plaintiff was free from contributory negligence; and also because, on the evidence showing that plaintiff objected to the method used and was by the superintendent practically assured of its safety and directed to continue its use, the issue of assumption of risk was, even in the end, for the jury and not for the trial court to decide.   Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Petition of James S. Bearns to Prove the Last Will and Testament of Joseph H. Bearns, Late of the County of Kings, Deceased.   Melville H. Bearns, Appellant; James S. Bearns and Others, Respondents.—Decree of the Surrogate's Court of Kings county affirmed, with costs.   No opinion.   Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, etc., for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York, Respondent; Southern Aqueduct Department, Consolidated Sections, Numbers 15 and 17.   Fairlawn Cemetery Society, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Application of the City of New York, Relative to Acquiring Title for the Widening of Crescent Street, etc., in the Borough of Queens.   Frederick Ayer, Appellant; The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and dis-